UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Briel,

                Plaintiff,

                                            Civ. No. 03-6549 (RHK/AJB)
                                            **ORDER**

v.

Chang O'Hara's Bistro, Inc.,

                Defendant

On June 10, 2005, Magistrate Judge Arthur J. Boylan issued a Report and Recommendation on Plaintiff's Motion for Attorney Fees and Costs. (Doc. No. 125.) Having heard no objections to the Report and Recommendation, and the time for objections having passed, the Court **ADOPTS** the findings and conclusions of the Report and Recommendation and **GRANTS** Plaintiff's Motion for Award of Attorneys' Fees and Costs (Doc. No. 105) in the amount of $83,792.25 for attorney fees and $4,791.63 for costs.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 5, 2005                                                               s/Richard H. Kyle
                                                                                     RICHARD H. KYLE
                                                                                     United States District Judge